**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Chester Theodore Alpaugh, III
Attorney at Law
639 Loyola Avenue, Ste 2500
New Orleans LA 70113

Judgment on rehearing rendered and mailed to all parties or counsel of record on August 28, 2019

**REHEARING ACTION: August 28, 2019**

**Docket Number: 18   00515-CA**

**SABRINA FARACE**
**VERSUS**
**CITY OF PINEVILLE**

**Appealed from Rapides Parish Case No. 260,789**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Shannon J. Gremillion**
   **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Sabrina Farace** has this day been

   **DENIED.**

   Cooks, J., dissents.  I would grant rehearing.  See my dissent previously expressed in this case.

cc: Aaron L. Green, Counsel for the Appellee